UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In the matter of:                                         In Bankruptcy No.: 18-12526

Donita Crow

Last 4 digits of SSN: 9768

Chapter 13

Debtors,

**NOTICE OF OBJECTION TO MOTION OF WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 FOR RELIEF FROM THE AUTOMATIC STAY**

**NOTICE OF OBJECTION**

**Please take notice,** that the above Debtor, Donita Crow, through her attorney Matthew C. Lein of Lein Law Offices, has filed an Objection to the Motion of WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 for Relief from Automatic Stay claiming in support of said objection as follows:

1. Movant claims that the above named debtor "is contractually due for the 6/11/18 payment and all amounts coming due since that date" and "[as] of 8/18/2018, the estimated default through and including 8/1/18 is $3,195.68."(Movant's Br. P.1-2)

2. Debtor has made the following payments since 6/1/18:

| Date | Amount Required Per Monthly Statement | Paid by D. Crow | Check # | Check Cashed |
|---|---|---|---|---|
| 3/1/2018 |  | 1032.67 | 6081 | Yes |
| 4/1/2018 |  | 1032.67 | 6085 | Yes |
| 5/18/2018 |  | 772.25 | 6086 | Yes |
| 7/1/2018 | 879.96 |  |  |  |
| 7/10/2018 |  | 879.96 | 6082 | Yes |
| 8/1/2018 | 3164.82 |  |  |  |
| 8/11/2018 | 3420.66 |  |  |  |
| 8/12/2018 |  | 1067.45 | 6083 | Unknown |
| 8/24/2018 |  | 1054.94 | 6087 | No |
| 8/24/2018 |  | 174.98 | 6088 | Unknown |
| 9/1/2018 | 3420.66 |  |  |  |

3. Debtor is gathering more information at the moment and will provide a supplemental accounting when more information is received.

## Conclusion

**WHEREFORE**, Debtor requests:

1. Motion of WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 for relief from Stay is overruled.

Date: September 4, 2018

<u>Electronically signed by Matthew C. Lein</u>
Matthew C. Lein, 1084028
Lein Law Offices
15692 Hwy 63 North
PO Box 761
Hayward, Wisconsin 54843
Telephone: (715) 634-4273
Fax: (715) 634-5051
Email: mlein@leinlawoffices.com