**THIS ORDER IS SIGNED AND ENTERED.**

Dated: October 22, 2018

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN (EAU CLAIRE)

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| Donita L Crow | ) | Chapter: | 7 |
| *fka* Donita L Paul | ) | | |
| *fka* Donita L Gibson | ) | Case No. | 1-18-12526-cjf |
| *fka* Donita L Raigna | ) | | |
| Debtor | ) | Judge Catherine J. Furay | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT**

Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for MFRA Trust 2015-1 (the "Movant") filed a Motion for Relief from the Automatic Stay and for Abandonment (the "Motion") to foreclose on the Debtor's property located at E1838 640th Ave, Knapp, WI 54749 (the "Property"). Due and proper notice was given. The facts recited in the Motion show that there is no equity in the Property, the Movant's interest in the Property is not adequately protected, or other cause exists for granting the Movant's request for relief from the stay and abandonment.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. §362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable non-bankruptcy law;

IT IS FURTHER ORDERED: the Trustee is authorized and ordered to abandon the Property from the bankruptcy estate under 11 U.S.C. §554, and abandonment is effective upon entry of this Order;

IT IS FURTHER ORDERED: all other relief requested in the Motion is denied; and

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####