**THIS ORDER IS SIGNED AND ENTERED.**

Dated: November 8, 2018

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

IN RE:

DONITA L. CROW,                                  Case No. 18-12526

         Debtor.

---

**ORDER APPROVING STIPULATION BETWEEN TRUSTEE AND DEBTOR RESOLVING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

---

Upon the parties' filed *Stipulation Between Trustee and Debtor Resolving Trustee's Objection to Debtor's Claim Of Exemptions*,

NOW THEREFORE, IT IS HEREBY FOUND AND ORDERED AS FOLLOWS:

1. The Stipulation is approved.

2. The Debtor has claimed the following exemption, among others:

   | Asset | Exemption |
   |---|---|
   | TILA/RESPA claim against Fay Servicing and Wells Fargo ("Asset") | $12,805 – 11 U.S.C. § 522(d)(5) |

3. The Asset shall be exempt in the amount of $12,805.

4. Any net recovery by the Debtor on the Asset in excess of $12,805 is not exempt, is property of the Bankruptcy Estate, and is not administratively abandoned.

5. Once any recovery is received by the Debtor, the Debtor within 10 business days of receipt of any recovery shall do the following:
   a. Inform Trustee James Block in writing and by email of the amount of the total recovery and how the net recovery is calculated by sending a written letter to

    James V. Block, 3544 Stewart Ave, Wausau, WI 54401 and email to jim@krautkramerblock.com,

  b. Inform the U.S. Trustee's office in writing of the amount of the total recovery and how the net recovery owed to the bankruptcy estate is calculated by sending a written letter to U.S. Trustee, 780 Regent St # 304, Madison, WI 53715,

  c. The Debtor shall pay to the Trustee by attorney trust account check, cashier's check, or money order any net recovery in excess of $12,805.00. The payments shall be made out to "Trustee James V. Block for the Bankruptcy Estate of Donita L. Crow 18-12526" and sent to Trustee James Block, 3544 Stewart Ave, Wausau, WI 54401, and

  d. File amended schedules to disclose any recovery with the Bankruptcy Court.

6. The Trustee may contact the Debtor's attorney Matt Lein, or the Debtor, if later unrepresented, at any time with respect to requesting an update as to the status of the recovery.

7. That a no asset report may be filed and the bankruptcy case may be closed, but that it may be reopened at any time to administer the Asset.

# # #